1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFFORD HEARNE, an individual,

Plaintiff,

v.

HUB BELLEVUE PROPERTIES, LLC,
a Delaware Limited Liability Company,
*et al.*,

Defendants.

CASE NO. C16-1010-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend complaint (Dkt. No. 11). The parties seek to amend the complaint to reflect the correct Defendant's name, HUB PROPERTIES TRUST, and to add language in section 2.2 regarding agency. (*Id.* at 1.)

The motion to amend (Dkt. No. 11) is GRANTED. However, the amendment shall not take effect until the amended complaint, currently posted as Docket Number 11-1, is refiled as a stand-alone document.

//

//

//

//

1    DATED this 19th day of April 2017.

2                                                William M. McCool
                                                Clerk of Court
3

4                                                s/Paula McNabb
                                                Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26