THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>HUB BELLEVUE PROPERTIES, LLC,<br>a Delaware Limited Liability Company,<br>*et al.*,<br><br>    Defendants. | CASE NO. C16-1010-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Based on the Court's current schedule and docket, the motion for protective order filed by Non-Party Otis Elevator Company (Dkt. No. 13) is hereby RENOTED for Friday, June 23, 2017. Because the Court is treating the motion as a third-Friday motion, Plaintiff's response brief is now due on Monday, June 19, 2017. Otis Elevator's reply brief shall be due on Friday, June 23, 2017.

DATED this 9th day of June 2017.

                                                  William M. McCool
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk