THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>HUB BELLEVUE PROPERTIES, LLC,<br>a Delaware Limited Liability Company,<br>*et al.*,<br><br>               Defendants. | CASE NO. C16-1010-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion to amend the trial schedule (Dkt. No. 20). The motion is GRANTED. **The jury trial in this case is hereby CONTINUED to Monday, June 4, 2018 at 9:30 a.m.** The amended trial schedule is as follows:

| | |
|---|---|
| Discovery deadline | 120 days before trial |
| Dispositive motions deadline | 90 days before trial |
| Proposed pretrial order due | May 28, 2018 |
| Trial briefs, motions in limine, proposed jury instructions, and proposed voir dire due | May 28, 2018 |

MINUTE ORDER, C16-1010-JCC
PAGE - 1

| Responses to pretrial filings due | May 30, 2018 |
|---|---|
| Trial date | June 4, 2018 |

Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction.

The Court notes that the previously-set pleading amendment/third party action deadline of April 3, 2017 and ADR deadline of July 3, 2017 expired before the parties filed their present request. Accordingly, this amendment does not impact those deadlines.

DATED this 6th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk