UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware limited liability company, *et al*., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for withdraw as counsel (Dkt. No. 23). The motion is GRANTED. Kasey C. Myhra is hereby WITHDRAWN as counsel for Defendants HUB BELLEVUE PROPERTIES, LLC and CBRE, Inc.

DATED this 8th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-1010-JCC
PAGE - 1