THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HUB BELLEVUE PROPERTIES, LLC,<br>a Delaware Limited Liability Company,<br>*et al.*,<br><br>Defendants. | CASE NO. C16-1010-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court hereby ORDERS parties to file a report on mediation previously ordered by the Court (Dkt. Nos. 8, 10) or to engage in the required mediation by May 11, 2018. The report on mediation efforts to date or intent to mediate before May 11, 2018 shall be filed within ten (10) days of the issuance of this order.

DATED this 9th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER
C16-1010-JCC
PAGE - 1