UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware Limited Liability Company, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for trial adjustment and a new case schedule (Dkt. No. 32). Trial is currently set for June 4, 2018. (Dkt. No. 21.) The parties request a continuance based on ongoing medical treatment of Plaintiff that remains unresolved and a need for further discovery. (Dkt. No. 32 at 6.) Finding good cause, the Court GRANTS the requested continuation.

The jury trial in this matter is CONTINUED to January 28, 2019 at 9:30 am. Discovery must be completed 120 days before trial and dispositive motions are due 90 days before trial. Rule 39.1 mediation shall be completed by November 2, 2018. The parties are required to submit notice of mediation to the Court in accordance with Local Civil Rule 39.1(c)(7). The proposed

pretrial order must be submitted by January 18, 2019. Trial briefs and proposed voir dire and jury instructions are due by January 21, 2019.

DATED this 11th day of May 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk