THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware Limited Liability Company, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for trial adjustment and a new case schedule (Dkt. No. 34). The trial is currently set for January 28, 2019. (Dkt. No. 33.) The parties request a continuance based on ongoing medical treatment of Plaintiff and a need for further discovery. (Dkt. No. 34.) Finding good cause, the Court GRANTS the requested continuance.

The jury trial in this matter is CONTINUED to September 30, 2019 at 9:30 a.m. Discovery must be completed 120 days before trial and dispositive motions are due 90 days before trial. Rule 39.1 mediation shall be completed by May 31, 2019. The parties are required to submit notice of mediation to the Court in accordance with Local Civil Rule 39.1(c)(7). The

proposed pretrial order must be submitted by September 20, 2019. Trial briefs and proposed voir dire and jury instructions are due by September 25, 2019.

DATED this 31st day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk