UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB PROPERTIES TRUST, a Maryland Real Estate Investment Trust, *et al*., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery cutoff and mediation deadlines (Dkt. No. 37). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The discovery cutoff deadline is EXTENDED to July 30, 2019; and
2. The deadline to complete mediation is EXTENDED to August 15, 2019.

DATED this 17th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
