THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware Limited Liability Company, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related deadlines (Dkt. No. 40). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. The trial date is CONTINUED from September 30, 2019 to March 30, 2020 at 9:30 a.m.
2. The discovery cutoff is 120 days prior to the new trial date.
3. Dispositive motions are due 90 days before the new trial date.
4. Rule 39.1 mediation shall be completed by February 7, 2020. The parties are required to submit notice of mediation to the Court in accordance with Western District of

MINUTE ORDER
C16-1010-JCC
PAGE - 1

Washington Local Civil Rule 39.1(c)(7).

5. The proposed pretrial order shall be submitted no later than March 20, 2020.

6. Trial briefs and proposed *voir dire* and jury instructions shall be submitted no later than March 23, 2020.

DATED this 21st day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1010-JCC
PAGE - 2