THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware Limited Liability Company, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to consolidate the parties' motions for summary judgment into cross-motions for summary judgment (Dkt. No. 51). The briefing on both motions has been completed. (*See* Dkt. Nos. 42, 46, 48, 53, 55, 57, 58, 61.) The Court will consider the totality of the briefing in ruling on the parties' motions for summary judgment. Plaintiff's motion to consolidate is DENIED.

DATED this 15th day of January 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1010-JCC
PAGE - 1