<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware Limited Liability Company, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 69). Having thoroughly considered the motion and the relevant record, the Court, finding good cause, hereby GRANTS the motion. The trial date in this matter is hereby CONTINUED from March 30, 2020, to July 6, 2020, at 9:30 a.m.

DATED this 24th day of February 2020.

<div style="margin-left: 50%">
William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
</div>