UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware Limited Liability Company, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On February 24, 2020, the Court issued a minute order which continued the trial date in this matter to July 6, 2020, at 9:30 a.m. but was silent as to related pretrial deadlines. (*See* Dkt. No. 70.) For clarity, the Court hereby ORDERS as follows:

1. The proposed pretrial order shall be filed no later than June 22, 2020; and
2. Trial briefs and proposed *voir dire* and jury instructions shall be filed no later than June 29, 2020.

//
//

1     DATED this 26th day of February 2020.

2                                      William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1010-JCC
PAGE - 2