THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE, an individual, | CASE NO. C16-1010-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUB BELLEVUE PROPERTIES, LLC, a Delaware limited liability company, *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration on the issue of the reasonableness and necessity of Plaintiff's medical treatment (Dkt. No. 79). On May 15, 2020, the Court denied Plaintiff's motion for summary judgment on that issue. (Dkt. No. 77 at 12–13 & n.5) However, the Court noted that the issue was inadequately briefed and that the Court would entertain a renewed motion that was properly briefed. (*Id.* at 12 n.5.) Plaintiff has now provided additional briefing in his motion for reconsideration. The Court construes Plaintiff's motion as a renewed motion for summary judgment on the issue of the reasonableness and necessity of Plaintiff's medical treatment. To ensure that the issue benefits from the adversarial process, the Court hereby ORDERS Defendants to file a response to Plaintiff's

MINUTE ORDER
C16-1010-JCC
PAGE - 1

1  motion within 14 days of the date of this order and ORDERS Plaintiffs to file a reply within 7
2  days after Defendants file their response. The Court DIRECTS the Clerk to re-note Plaintiff's
3  motion (Dkt. No. 79) for the Court's consideration on July 1, 2020.
4        DATED this 10th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1010-JCC
PAGE - 2