THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLIFFORD HEARNE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUB BELLEVUE PROPERTIES, LLC ,<br><br>　　　　　　Defendant. | CASE NO. C16-1010-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The deadline for dispositive motions has since passed in this matter with a trial date to be determined. (*See* Dkt. Nos. 41, 84.) However, the United States Courthouse in Seattle remains closed in light of the novel coronavirus pandemic, with a substantial trial backlog once it reopens. *See* W.D. Wash. Gen. Orders Nos. 02-20, 11-20, 13-20. Given these circumstances, the Court will not currently set the trial. Instead, within twenty-one (21) days of the reopening of the Seattle Courthouse, the parties are ORDERED to meet-and-confer[1] and to provide the Court with a Joint Status Report. The report should provide the Court with three proposed alternative trial dates, the number of days the

---

[1] This meet-and-confer must be a face-to-face meeting or a telephonic conference.

1  parties currently anticipate are needed for trial, and any potentially conflicting trial dates for
2  counsel, i.e., counsel's other scheduled trials. If the parties are unable to agree on any part of the
3  Report, they may answer in separate paragraphs; no separate reports are to be filed.
4
5          DATED this 4th day of December 2020.
6
                                            William M. McCool
                                            Clerk of Court
7
8                                           s/Paula McNabb
                                            Deputy Clerk